THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:11-cv-00659-D

| | |
|---|---|
| WESTDALE RECAP PROPERTIES, LTD. AND WESTDALE WAKEFIELD NC, L.P., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| NP/I&G WAKEFIELD COMMONS, L.L.C. AND CENTRO NP, L.L.C. n/k/a BRIXMOR, L.L.C., | ) ) ) ) |
| Defendants. | ) |

## ORDER GRANTING DEFENDANT'S APPLICATION TO SHORTEN TIME FOR PLAINTIFF TO RESPOND

THIS MATTER came before the Court on Defendant Centro NP, LLC n/k/a Brixmor, LLC's ("Defendant") Application to Shorten Time for Plaintiff to Respond to Defendant's Motion to Amend the Scheduling Order (the "Motion") (Dkt. 77). Having reviewed the Motion and found good cause to grant the relief requested, the Court GRANTS the Motion. Any response to Defendant's Motion to Amend the Scheduling Order must be filed on or before October 1, 2013.

SO ORDERED this **27** day of **September**, 2013.

_____
THE HONORABLE JAMES C. DEVER, III
Chief United States District Judge